# EXHIBIT A

**EXHIBIT A − SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Deadlines: | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| **Last Date to Add Parties/Amend Pleadings** | May 29, 2023 | May 29, 2023 | |
| **Non-Expert Discovery Cut-Off** | Jan. 17, 2024 / 16 wks post Markman | Jan. 17, 2024 / 16 wks post Markman | |
| **Expert Disclosure (Initial)** *(2 weeks after non-expert discovery cut-off)* | Jan. 31, 2024 | Jan. 31, 2024 | TBD |
| **Expert Disclosure (Rebuttal)** *(4 weeks after non-expert discovery cut-off)* | February 14, 2024 | February 14, 2024 | |
| **Expert Discovery Cut-Off** *(6 weeks after non-expert discovery cut-off)* | February 28, 2024 | February 28, 2024 | |
| **Last Date to File All Motions** (incl. discovery motions) *(6 weeks after non-expert discovery cut-off)* | February 28, 2024 | February 28, 2024 | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court after scheduling conference)* | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | Outside ADR/Non-Judicial (Private) | Outside ADR/Non-Judicial (Private) | |
| **Last day to conduct settlement conference or mediation** | Feb. 9, 2024 | TBD | |
| **Notice of Settlement / Joint Report re Settlement** *(First Friday following last day to conduct settlement conference or mediation)* | TBD | TBD | |
| **Post Mediation Status Conference** *(10 days after due date to file notice of settlement / joint report re settlement: Mondays at 1:30 pm)* | TBD | TBD | |

| **Deadlines:** | Weeks After Listed Event | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Infringement Contentions (S.P.R. 2.1, 2.2) | 2 (After Order Setting Scheduling Conference) | March 13, 2023 | March 13, 2023 | |
| Early Meeting of the Parties, Initial Disclosures (S.P.R. 2.3) | 4 (After Order Setting Scheduling Conference) | TBD | TBD | |
| Joint Rule 26(f) Report (S.P.R. 2.3) | 10 days (Before Scheduling Conference Date) | January 17, 2023 | January 17, 2023 | |
| Scheduling Conference (S.P.R. 2.4) | [set by Court] | TBD | TBD | |
| Last Date to Add Parties/Amend Pleadings | | May 29, 2023 | May 29, 2023 | |
| Invalidity Contentions (S.P.R. 2.5, 2.6) | 2 (After Scheduling Conference) | May 8, 2023 | May 8, 2023 | |
| Exchange of Claim Terms (S.P.R. 3.1) | 4 (After Scheduling Conference) | June 6, 2023 | June 6, 2023 | |
| Exchange Proposed Constructions and Evidence (S.P.R. 3.2) | 6 (After Scheduling Conference) | June 16, 2023 | June 16, 2023 | |
| Complete Claim Construction Discovery (S.P.R. 3.3) | 10 (After Scheduling Conference) | July 7, 2023 | July 7, 2023 | |
| Joint Markman Prehearing Statement (S.P.R. 3.4) | 11 (After Scheduling Conference) | TBD | TBD | |
| Simultaneous Opening Markman Briefs (S.P.R. 3.5) | 12 (After Scheduling Conference) | July 14, 2023 | July 14, 2023 | |

2

| | | | | |
|---|---|---|---|---|
| Simultaneously Responding Markman Briefs, Tutorials, and Presentation Materials (S.P.R. 3.5) | 14 (After Scheduling Conference) | July 28, 2023 | July 28, 2023 | |
| Markman Hearing (S.P.R. 3.6) | 17 (After Scheduling Conference) | Sept. 12, 2023 | Sept. 12, 2023 | |
| Markman Decision | [set by Court] | TBD | TBD | |
| Patentee Files Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties File Advice of Counsel Disclosures (S.P.R. 4.1, 4.4) | 4 (After Markman Decision) | TBD | TBD | |
| Accused Infringer Files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof (S.P.R. 4.2) | 8 (After Markman Decision) | TBD | TBD | |
| Patentee's Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof (S.P.R. 4.3) | 12 (After Markman Decision) | TBD | TBD | |
| Discovery Cut-Off (S.P.R. 4.3) | 16 (After Markman Decision) | TBD | TBD | |
| Last Date to File All Motions (S.P.R. 4.5) | 20 (After Markman Decision) | TBD | TBD | |

3

| Hearings: | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| **Last Date to Add Parties/Amend Pleadings:** | TBD | TBD | |
| **Simultaneous Opening Briefs:** | TBD | TBD | |
| **Simultaneous Responsive Briefs:** | TBD | TBD | |
| **Court Trial/Hearing on Administrative Record:** *(Tuesday at 9:00 a.m.)* <br><br> **Duration Estimate: _Days / ___Weeks** | TBD | TBD | |

**EXHIBIT A − SCHEDULE OF DATES FOR CIVIL JURY TRIALS** *(After Court has ruled on all motions)*

| Pretrial and Jury Trial Dates: | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| **Last day to file all pretrial documents and motions in limine** *(2 weeks after last day to complete settlement)* | TBD | TBD | |
| **Last day to file response to motions in limine** *(3 weeks after last day to complete settlement)* | TBD | TBD | |
| **Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine** *(4 weeks after last day to complete settlement: Monday at 1:30 pm)* | TBD | TBD | |
| **Jury Trial** *(6 weeks after last day to complete settlement: Tuesday at 9:00 a.m.)* <br><br>Duration Estimate: \_Days / \_\_\_Weeks | TBD | TBD | |