UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUAL IMMERSION TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAFRAN S.A., et al.,<br><br>　　　　Defendants. | No. 8:22-cv-01248-JAK (MRWx)<br><br>**JUDGMENT** |

On November 11, 2022, Defendants filed a Motion to Dismiss the above captioned matter for failure to state a claim. On June 5, 2023, the Court issued an order granting Defendants' motion to dismiss the Complaint with prejudice. Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is hereby entered in this matter as follows:

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Defendants Safran S.A. and Safran USA, Inc. and against Plaintiff Virtual Immersion Technologies, LLC with respect to infringement of claim 9 of U.S. Patent No. 6,409,599 (the "'599 Patent").

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Defendants with respect to the invalidity of claim 9 of the '599 Patent.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's case against Defendants is dismissed with prejudice, i.e., without leave to amend, as to claim 9 of the '599 Patent.

**IT IS SO ORDERED.**

Dated:  June 22, 2023            _____

　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　United States District Judge